NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MELVIN CASTELLON,                )
                                 )
            Appellant,           )
                                 )
v.                               )    Case No. 2D17-4583
                                 )
STATE OF FLORIDA,                )
                                 )
            Appellee.            )
_____  )

Opinion filed July 13, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Joseph C. Fuller, Jr., Judge.

Rachael E. Bushey of O'Brien Hatfield,
P.A., Tampa, for Appellant.


PER CURIAM.


            Affirmed.


NORTHCUTT, KELLY, and BLACK, JJ., Concur.